UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

U.S. COAL MARKETING, LLC                           CASE NO. 14-52504

DEBTOR IN POSSESSION                           CHAPTER 11

---

**AMENDED ORDER DESIGNATING INDIVIDUAL
TO PERFORM DUTIES OF THE DEBTOR**

---

This Court has reviewed the Notice of Substitution of Individual Designated to Perform Duties of the Debtor [Doc 57] and the related Declaration of John Collins [Doc 57-1] filed in this case on March 12, 2015 and hereby appoints Erin Gabbert to replace John Collins as the individual designated to perform the duties of U.S. Coal Marketing, LLC as a debtor in bankruptcy set out in Fed. R. Bankr. P. 4002 and 9001(5)(A), pursuant to EDKY LBR 1002-2(b).

Tendered by:

DELCOTTO LAW GROUP PLLC

/s/ Amelia Martin Adams, Esq.
KY Bar No. 93038
Laura Day DelCotto, Esq.
KY Bar No. 81763
200 North Upper Street
Lexington, KY  40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
aadams@dlgfirm.com
ldelcotto@dlgfirm.com

and

NIXON PEABODY LLP

/s/ Dennis J. Drebsky, Esq.
NY Bar No. 1181007
Christopher M. Desiderio, Esq.
NY Bar No. 4350633
437 Madison Avenue
New York, NY 10022-7039
Telephone:  (212) 940-3000
Facsimile:  (212) 940-3111
ddrebsky@nixonpeabody.com
cdesiderio@nixonpeabody.com

COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION

**Pursuant to KYEB LBR 9022-1(b), tendering counsel shall cause a copy of this Order to be served on all non-ECF parties entitled to notice and shall file a certificate of service stating the names, manner and date of service within 7 days of the entry hereof.**